Dear Judge in my case, This is Todd H. Schrier, ever sence I was in Sleiby 2 years ago, is was their I was cut off my Lorazapam cold turkey, and left for dead, Thats what this lawsuit is about, Well ever sence then I have had chest pain, and cant breath right, it's sad, for 2 years now sence i've been back at MSP, I have begged, Hollerd, wrote more than 150 kites, probley 200 kites in form A1s, about my chest pain and my breathing, MSP says they have done all They will do, They have gave me a test wear They check your heart 4 or 5 times hear at MSP, They will do nothing, They are mad because of the lawsuit, and Don't Believe I was cut off my Lorazapam cold turkey in Sleiby, They have wrote on my kites that we have addressed this issue multipal times Mr. Schrier, I have still complained about my chest and it's hard to breath right, I have totally exsusted my options, They will flat not help me, so in The las 6 months I have not wrote kites or said nothing, I'm curentley sitting in RHU in a cell buy myself 24 hours a day, hurting so bad now I'm Scared. + has gotton so much worse over The last Few months it's Scarry, now I cant Sleep, my chest pain is everyday, my breathing is so bad I panic because I'll be laying their and all of a sudden I'll sit up fighting for air, I mean it's that bad, I hurt so bad, I'm so scared I'm going to have a heart attack sonner than later, I know it, I fill it, I can't get MSP to believe it, take me for a test, I have totally give up on MSP for help, They flat don't care about nothing, I'm sick of it, I really am, so I am writing The court beggen for some help before I die,

Dated this day 16 day of Oct 2024

Todd Schrier

(1)

I have told them last years and I have every Kite that this is getting worse, is All they say is That we have already addressed this Issue, Thats it, This Has Been An Issue For me ever sence MSP Sent me To Shelby, They Just Started To ween me off my Lorazapam, for 3 months, But Sent me To Shelby Year They Cut me Off Cold Turkey, I have not Been The Same ever Sence, I mean it's getting very Bad, And Scary For me, I'm Sick, And I'm going To Have A Heart Attack I can Fill it, the worst Filling in The World I when you can't Breath Right and catch your Breath, And Have chest Pain like I do, And is All The help you can get is wear They check your heart rate And Say your Fine, Well I'm not Fine, This Has been going on For 2 Years And it's getting Way Worse, Please do Something for me, The Effects can Be life Threatening when Someone comes off Lorazapam Cold Turkey like I did, And left for Dead At Shelby Prison, I was So sick For Weeks Wanting To die So Bad, And I was left in A Cell Buy my Self withDrawing For Weeks, my Body went Threw Hell, And my chest Pain And Breathing Problems Are From That Big time, And They Are getting Worse By The Day, And I don't Know what To do, So I Turn To The Court For HELP!

Dated this 16 day of Oct 2024

Trell Sehn

(2)

I mean I have a pile of kites from MSP, a lot of them say Emergency on them for Help, this place is crazy, I gave up on them 6 months ago, I haven't wrote no kites, I said the Hell with em, I guess I'm just have a heart attack, Well now it's so BAD I Beg the Court for Help, I don't know what else to do, I'll be out in 7 months, then I can see a real doctor with a real licenese, all the People Hear are mostly P.A.s Assistants. Not even real Doctors, this Place flat does not care about Inmates, I'm Proof of That, I'm going to write a kite to medical and tell them how I am doing, and let them know I wrote the Court for help, my hands are tied, and I'm very scared For my Health. It's not Right!

Thank you,

Dated This 16 day of Oct 2024

Todd Sch—

(S) Todd Sch—