IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TODD SCHRIER, | CV 23–60–H–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JIM SALMONSEN, et al., | |
| Defendant. | |

The parties having filed a stipulation for dismissal, (Doc. 89),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, pursuant to Rule 41(a), each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 17th day of March, 2025.

Donald W. Molloy, District Judge
United States District Court